[Nos. 5111-5114 (4 cases), Decided November 11, 1904.]

J. M. NOLAN, *Appellant*, v. M. H. ARNOT, *Respondent*.[1]

Appeal from judgments of the superior court for King county, Bell, J., entered March 22, 1904. Reversed.

*Roberts & Leehey*, for appellant.

*H. H. Eaton*, for respondent.

PER CURIAM.—For the reasons assigned in case No. 5101, *Nolan v. Arnot* (*ante* p. 101), the judgments in these cases will be reversed.